[No. 32076-6-III. Division Three. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIA GONZALEZ-AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 13-1-00174-9, Ted W. Small, J., entered November 18, 2013. *Remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32466-4-III. Division Three. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARITO GORDIAN CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 00-1-00023-7, Brian P. Altman, J., entered April 21, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32597-1-III. Division Three. January 12, 2016.]

*In the Matter of the Custody of* K.R.H.

DEBRA ELAINE CLAWSON, *Respondent*, v. JANELLE MARIE HUNTER ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-3-00062-0, Tari S. Eitzen, J., entered July 3, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Fearing, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.